UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

LARRY TEVIS and NANCY TEVIS,

    Debtors.
_____/

LARRY TEVIS and NANCY TEVIS,

    Appellants,

  v.

CALIFORNIA DEPARTMENT OF
VETERAN AFFAIRS,

    Appellee.
_____/

NO. CIV. S-09-316 LKK

O R D E R

    Plaintiffs, who are proceeding pro se in this bankruptcy appeal, have requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. A filing fee of $350.00 is required to commence a civil action in a federal district court. 28 U.S.C. § 1914(a). The district court may authorize the commencement of an action "without prepayment of fees or security therefor" by an individual who submits an affidavit demonstrating his inability to pay such fees or give security therefor. 28 U.S.C. § 1915(a).

1

1   Here, plaintiffs declare that they are not employed. Larry Tevis was last employed in April of 2006, when his salary was $2,100 per month. Nancy Tevis was last employed in June of 2001, and has not stated her salary at that time. Both plaintiffs currently receive "disability or workers compensation payments," which amounted to $19,956 in 2008. The court finds that plaintiff's statements concerning income, cash, and bank accounts demonstrate inability to prepay the $350.00 filing fee.

Accordingly, the court GRANTS the plaintiffs' motion to proceed in forma pauperis.

IT IS SO ORDERED.

DATED: April 8, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT