UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

LARRY TEVIS and NANCY TEVIS,

        Debtors.
_____/
LARRY TEVIS and NANCY TEVIS,

        NO. CIV. S-09-316 LKK

        Appellants,

   v.                           O R D E R

CALIFORNIA DEPARTMENT OF
VETERAN AFFAIRS,

        Appellee.
_____/

    Pending before the court is appellants' motion to stay, which appellants state that they filed in order "to protect appellants' right to the appellee's Answering Brief. . . ." In the court's August 20, 2009 order, the court allowed that appellants may reply to the appellee's opening brief not later than ten days after service of it. Appellee filed its brief on August 28, 2009. Therefore, not only have appellants been granted leave to file a reply if they wish, any such reply must be filed not later than

September 8, 2009. Appellants have shown no cause to stay the suit or vacate the court's August 20, 2009 order in order to grant time for appellants to file a reply.

Accordingly, appellants' motion to stay is DENIED.

IT IS SO ORDERED.

DATED: September 4, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT